**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (MG) |
| LEHMAN BROTHERS HOLDINGS INC. AND STRUCTURED ASSET SECURITIES CORPORATION,<br><br>      Plaintiffs,<br>   -against-<br><br>U.S. BANK NATIONAL ASSOCIATION, SYNCORA GUARANTEE INC., and GREENPOINT MORTGAGE FUNDING, INC.<br><br>      Defendants. | Adv. Pro. No. 15-01112 (SCC) |

## NOTICE OF MOTION AND MOTION TO WITHDRAW THE REFERENCE

  PLEASE TAKE NOTICE that GreenPoint Mortgage Funding, Inc., upon and for the reasons set forth in the accompanying Memorandum of Law in Support of Motion to Withdraw the Reference, and the Declaration of Kevin J. Burke, dated August 4, 2015 ("Burke Declaration"), and the exhibits annexed thereto, respectfully moves for an order, pursuant to 28 U.S.C. § 157(d), Federal Rules of Bankruptcy Procedure Rule 5011, and Local Bankruptcy Rule 5011-1, withdrawing the reference of the above-captioned Adversary Proceeding to the United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York
August 4, 2015

                                   Respectfully submitted,

                                   _____s/ Kevin J. Burke_____

| | |
|---|---|
| James A. Murphy | Kevin J. Burke |
| Cameron S. Matheson | Joel H. Levitin |
| MURPHY & McGONIGLE, PC | CAHILL GORDON & REINDEL LLP |
| 1185 Avenue of the Americas | 80 Pine Street |
| New York, New York 10036 | New York, New York 10005 |
| Telephone: (212) 880-3999 | Telephone: (212) 701-3000 |
| Facsimile: (212) 880-3998 | Facsimile: (212) 269-5420 |

                                   *Attorneys for GreenPoint Mortgage Funding Inc.*